## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Tate, George
Tate, Betty
Printed: 01/29/09

Case Number:  08 B 25497
Judge:  Hollis, Pamela S
Filed:  9/25/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Dismissed:  December 15, 2008
Confirmed:  None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,821.50 | 0.00 |
| 2. | GMAC Auto Financing | Secured | 12,406.25 | 0.00 |
| 3. | Nuvell Credit Company LLC | Secured | 34,966.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 3,442.50 | 0.00 |
| 5. | GMAC Auto Financing | Unsecured | 0.00 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 345.48 | 0.00 |
| 7. | Premier Bankcard | Unsecured | 40.83 | 0.00 |
| 8. | PRA Receivables Management | Unsecured | 6.03 | 0.00 |
| 9. | Nuvell Credit Company LLC | Unsecured | 106.29 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 37.00 | 0.00 |
| 11. | Capital One | Unsecured | 170.08 | 0.00 |
| 12. | Internal Revenue Service | Unsecured | 514.62 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 426.41 | 0.00 |
| 14. | Smith Rothchild Financial Co | Secured | | No Claim Filed |
| 15. | Smith Rothchild Financial Co | Secured | | No Claim Filed |
| 16. | Florence Pace | Secured | | No Claim Filed |
| 17. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 18. | Cache Inc | Unsecured | | No Claim Filed |
| 19. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 20. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 21. | Premier Bankcard | Unsecured | | No Claim Filed |
| 22. | Jefferson Capital Systems LLC | Unsecured | | No Claim Filed |
| 23. | Dept Of Housing & Urban Development | Unsecured | | No Claim Filed |
| | | | $ 56,282.99 | $ 0.00 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Tate, George

Tate, Betty

Printed: 01/29/09

Case Number:  08 B 25497

Judge:  Hollis, Pamela S

Filed:  9/25/08

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

